# Court of Appeals
# of the State of Georgia

ATLANTA,   June 26, 2012

*The Court of Appeals hereby passes the following order:*

**A12D0430.  CIRCLE B ENTERPRISES, INC. v. DOUGLAS MACGINNITIE.**

Circle B Enterprises, Inc., d/b/a Precision Homes filed suit in superior court against the Commissioner of the Georgia Department of Revenue seeking a refund of taxes.  On February 14, 2012, the trial court entered summary judgment in favor of the Commissioner, and Circle B filed a motion for reconsideration.  The trial court denied the motion on April 20, 2012, and on May 18, 2012, Circle B filed this application for discretionary appeal.[1]

An order denying a motion for reconsideration is not appealable in its own right.  See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000).  Moreover, a motion for reconsideration does not extend the time for filing an application to appeal.  See *Harris v. State*, 278 Ga. 280 282 n.3 (600 SE2d 592) (2004).  Thus, in order to appeal, Circle B was required to file its application within 30 days of the trial court's February 14 order.  See OCGA § 5-6-35 (d).  Its failure to do so deprives us of jurisdiction over this application, which is hereby DISMISSED.

---

[1] Circle B filed its application for discretionary appeal in the Supreme Court, which transferred the application to this Court.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 06/26/2012
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*